(137 So. 914)

**Harley PRUITT v. STATE.**

7 Div. 48.

Supreme Court of Alabama.

Oct. 8, 1931.

See, also, 135 So. 310.

Motley & Motley, of Gadsden, for petitioner, Thos. E. Knight, Jr., Atty. Gen., opposed.

FOSTER, J.

Petition of Harley Pruitt for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Pruitt v. State (7 Div. 750) 135 So. 310.

The opinion sought to be reviewed by this petition has been withdrawn (135 So. 310), and it is not, therefore, subject to review.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.